# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

MICHELLE GOMEZ,

            Plaintiff,

     v.

WILLIAM CHARLES DRESSER,

            Defendant.

Case No.  23-cv-06307-BLF

**ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED**

On January 18, 2024, the Court granted Defendant's motion for a more definite statement and ordered Plaintiff to file an amended complaint no later than February 8, 2024.  ECF No. 11. Plaintiff has filed to file any amended complaint.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing and no later than March 1, 2024, why the deficient compliant should not be stricken and why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  February 9, 2024

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California